```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JONATHAN EINHORN,                   :
                                    :
              Plaintiff,            :
                                    :
         -v-                        :       10 Civ. 9377(JSR)
                                    :
HARRIET E. BEST and PATRICIA BEST,  :          ORDER
                                    :
              Defendants.           :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3-21-11

On February 10, 2011, the Honorable James L. Cott, United States Magistrate Judge, issued a Report and Recommendation ("Report") in the above-captioned matter recommending that the Court remand this action to state court for, _inter alia_, lack of subject matter jurisdiction. On February 24, 2011, _pro se_ defendants filed objections to the Report, to which plaintiff filed a response on March 7, 2011. Accordingly, the Court reviewed defendants' objections and the underlying record _de novo_. Having done so, the Court finds itself in complete agreement with the well-reasoned Report, which the Court hereby adopts by reference. Thus, for the reasons stated in the Report, the Court hereby grants the motion and dismisses plaintiff's claims in their entirety, with prejudice.[1] Clerk to enter judgment.

SO ORDERED.

Dated: New York, NY
       March 21, 2010

JED S. RAKOFF, U.S.D.J.

---

[1] However, plaintiff's conclusory assertion that he should be awarded "sanctions and counsel fees" is denied. These, after all, are _pro se_ defendants who should be awarded some leniency.